IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Pacesetter Homes, Inc., | * | |
| | | Civil Number 1:20-cv-02478 |
| Plaintiff, | * | |
| v. | | |
| | * | |
| GBL Custom Home Design, Inc., et al. | | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR RECONSIDERATION

Defendant GBL Custom Home Design, Inc. ("GBL"), by its attorneys, moves pursuant to Federal Rule of Civil Procedure 54(b) and Local Rule 105.10, that the Court reconsider its August 17, 2021 Order denying, *inter alia*, GBL's Custom Home Design, Inc. ("GBL"), Motion To Dismiss Plaintiff's Claim for Statutory Damages and Attorney's Fees, or in the Alternative, Motion for Partial Summary Judgment (ECF No. 31), and that the Court grant GBL's Motion to Dismiss (ECF No. 16).

The grounds for GBL's Motion for Reconsideration are set forth in the Memorandum accompanying this Motion.

WHEREFORE, GBL respectfully requests that the Court reconsider its decision in denying GBL's Motion to Dismiss Plaintiff's Claim for Statutory Damages and Attorney's Fees, or in the Alternative, Motion for Partial Summary Judgment and grant its Motion to Dismiss (ECF No. 16).

Dated: August 31, 2021

*/s/ Kaitlin D. Corey*_____
James B. Astrachan, Bar No. 03566
Kaitlin D. Corey, Bar No. 19907
Astrachan Gunst Thomas, P.C.
One South Street, 19th Floor

Baltimore, MD 21202
410-783-3550 (telephone)
410-783-3530 (facsimile)
jastrachan@agtlawyers.com
kcorey@agtlawyers.com