## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Pacesetter Homes, Inc., | * | |
| | | Civil Number 1:20-cv-02478 |
| Plaintiff, | * | |
| v. | | |
| | * | |
| GBL Custom Home Design, Inc., et al. | | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### [PROPOSED] ORDER

Upon consideration of GBL's Motion for Reconsideration (ECF No. ___) and any response thereto, it is this _____ day of _____, 2021, by the United States District Court for the District of Maryland, ORDERED:

1. That GBL's Motion for Reconsideration (ECF No.___) is GRANTED; and,

2. Defendant GBL Custom Home Design, Inc.'s Motion to Dismiss Plaintiff's Claims for Statutory Damages and Attorney's Fees, or in the Alternative, Motion for Partial Summary Judgment (ECF No. 16), is GRANTED.

_____
The Honorable George L. Russell, III
United States District Judge