# Exhibit A to Third Party Complaint

MR3153-7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Pacesetter Homes, Inc.
  (Howard County)                 : Civil Number 1:20-cv-02478
         Plaintiff
v.                             : Jury Trial Demand

GBL Custom Home Design, Inc.
  (Carroll County)                 :
         Defendant
                                :
CRH Contracting, LLC
  (Carroll County)
         Defendant              :

GARCEAU Realty, Inc.
  (Harford County)                :
         Defendant

## COMPLAINT AND JURY DEMAND

Pacesetter Homes, Inc. ("Plaintiff") brings this suit against GBL Custom Home Design, Inc., CRH Contracting, LLC, and GARCEAU Realty, Inc. for copyright infringement, unfair competition, and unjust enrichment. Plaintiff seeks injunctive relief and compensatory and punitive damages. In support of this Complaint, Plaintiff states:

### Parties

(1)    Plaintiff, Pacesetter Homes, Inc. is corporation organized and existing under the laws of the State of Maryland, with its principal business address at 3829 Palmetto Court, Ellicott City, Maryland 21043.

(2)    Upon information and belief, Defendant GBL Custom Home Design, Inc. (hereafter "GBL") is a corporation organized and existing under the laws of the State of

MR3153-7

Maryland, with its principal place of business at 4500 Black Rock Road, P.O. Box 709, Hampstead, Maryland 21074.

(3)     Upon information and belief, Defendant CRH Contracting, LLC (hereafter "CRH") is a limited liability company organized and existing under the laws of the State of Maryland, with its principal place of business at 695 Garden Court, Westminster, Maryland 21157.

(4)     Upon information and belief, Defendant Garceau Reality, Inc. (hereafter "GARCEAU") is a corporation organized and existing under the laws of the State of Maryland, with its principal place of business at 303 S. Main Street, Bel Air, Maryland 21014.

## **Jurisdiction and Venue**

(5)     This action arises under the Copyright Act of 1976 ("The Copyright Act") and the Architectural Works Copyright Protection Act of 1990 ("AWCPA"), both codified at , 17 U.S.C. § 101 et seq.   This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (b).

(6)     This Court has supplemental jurisdiction over Plaintiff's remaining claims under 28 U.S.C. § 1338(b) and 28 U.S.C. § 1367(a).   These claims are related to other claims in the action over which this Court has original jurisdiction in that they form a part of the same case for controversy under Article III of the United States Constitution.

(7)     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400(a).

MR3153-7

## Factual Background

(8)     Plaintiff owns all rights, title and interest in and to Copyright Registration VAu001386910 having an effective date of 28 January 2020 for Architectural Plans associated with a work entitled "Pacesetter Homes Charlotte Model."

(9)     A photocopy of a printout from the Copyright Office showing issuance of the copyrighted work as Copyright Registration VAu001386910 is attached as Exhibit A which includes a photocopy of the Copyright Application as filed by Pacesetter Homes for the Pacesetter Homes Charlotte Model.

(10)     The U.S. Copyright Office, during the current pandemic crisis, is not mailing original Copyright Certificates, as shown in the attached Exhibit B. Thus, the Copyright Registration Number is only listed on the website of the Copyright Office.

(11)     Plaintiff completed Architectural Plans for the Pacesetter Homes Charlotte Model during the year 2017. These plans are the subject matter of Plaintiff's Copyright Registration (Exhibit A).

(12)     Plaintiff filed the Architectural Plans with the public offices of Baltimore County Building Plans Review, in preparation to construct the Pacesetter Homes Charlotte Model as a residence at 4112 Baltimore St., Baltimore, Maryland, 21227.

(13)     Plaintiff listed the Architectural Plans for the Pacesetter Homes Charlotte Model on a Multiple Listing Website on 7 December 2017, namely the Bright MLS website (available on the Internet at www.brightmls.com) ("MLS"). This listing showed the Architectural Plans including floor plan drawings for multiple levels and photographs of interior rooms of the Pacesetter Homes Charlotte Model as actually constructed. Copies of online pages of this listing are attached as Exhibit C.

(14)    Plaintiff is the designer and builder for the construction of the Pacesetter Homes Charlotte Model located at 4112 Baltimore St., Baltimore, Maryland, 21227. The construction of the Pacesetter Homes Charlotte Model at this location was completed and subsequently sold by Plaintiff (settlement was held on or about 20 January 2019).

(15)    Plaintiff is the author of the Architectural Plans for the Pacesetter Homes Charlotte Model provided in the Copyright Registration (Exhibit A).

(16)    In December 2019, while scanning a number of Multiple Listing Websites, including "MLS," Plaintiff became aware of a house which was said to be under construction, having a listed address at 2808 New York Avenue, Baltimore, Maryland 21227. The owner of the property was identified as CRH, and the listing office was identified as GARCEAU. This listing is shown in attached Exhibit D.

(17)    As shown in attached Exhibit D, the listing for "2808 New York Avenue" showed substantially the same Architectural Plans and, additionally, unauthorized copies of Plaintiff's floor plan drawings and photographs of the interior rooms of Plaintiff's constructed Pacesetter Homes Charlotte Model which as they appeared in Plaintiff's own listing (Exhibit C).

(18)    Plaintiff, upon further viewing a number of Multiple Listing Websites including "MLS" in January 2020, discovered another listing for a house having a listed address at 5415 W. North Avenue, Baltimore, Maryland 21207. This listing is shown in attached Exhibit E.

(19)    As shown in attached Exhibit E, the listing for "5415 W. North Avenue" showed substantially the same Architectural Plans and the unauthorized copies of Plaintiff's floor plan drawings and photographs of the interior rooms of Plaintiff's constructed Pacesetter Homes Charlotte Model, with the builder being identified as CRH and the listing office being identfied as GARCEAU.

MR3153-7

(20)     Plaintiff, upon further viewing a number of Multiple Listing Websites including "MLS" in January 2020, discovered yet another listing for a house having a listed address at 5411 W. North Avenue, Baltimore, Maryland 21207. This listing is shown in attached Exhibit F.

(21)     As shown in attached Exhibit F, the listing for "5411 W. North Avenue" showed substantially the same Architectural Plans and the unauthorized copies of Plaintiff's floor plan drawings and photographs of the interior rooms of Plaintiff's constructed Pacesetter Homes Charlotte Model, with the builder being identified as CRH and the listing office being identified as GARCEAU.

(22)     Plaintiff by its Attorney prepared a cease and desist letter to CRH to cease and desist from infringing activities, including construction of the house at 2808 New York Avenue, Baltimore, Maryland 21227. This cease and desist letter was sent on or about 29 January 2020, and a copy is attached as Exhibit G.

(23)     Plaintiff and Plaintiff's Attorney to this date have not received a response to this 29 January 2020 cease and desist letter.

(24)     Plaintiff personally went to the public offices of Baltimore County Building Plans Review in July 2020 and had the original building plan filing for 2808 New York Avenue, Baltimore, Maryland 21227 pulled, obtaining photographs of pertinent pages of the proposed architectural plans as filed (the "New York Avenue plans").

(25)     Copies of these photographs of pertinent pages of the New York Avenue plans, as filed with Baltimore County Building Plans Review, are attached as Exhibit H.

(26)     The filed New York Avenue plans were dated July 2019, and identify GBL as the designer who prepared the New York Avenue plans.

(27)     The New York Avenue plans are substantially the same as Plaintiff's Architectural Plans of the Pacesetter Homes Charlotte Model, as evidenced in the Deposit provided in Plaintiff's Copyright Application and resulting Copyright Registration (Exhibit A).

(28)     Plaintiff then discovered another listing for a house having a listed address at 1827 Woodside Avenue, Lansdowne, Maryland 21227. This listing is shown in attached Exhibit I.

(29)     As shown in attached Exhibit I, the listing for "1827 Woodside Avenue" describes the house as presently under construction, with the builder being identified as CRH and the listing office being identified as GARCEAU.

(30)     As shown in attached Exhibit I, the listing for "1827 Woodside Avenue" shows substantial similarities to Plaintiff's Pacesetter Homes Charlotte Model, as shown in attached Exhibit I.

(31)     Upon discovering Defendant CRH's listing for "1827 Woodside Avenue," Plaintiff attempted to investigate the proposed architectural plans for the Woodside Avenue property, but found that there were no proposed architectural plans actually shown in the papers filed with Baltimore County Building Plans Review.

(32)     Instead, the property plans for "1827 Woodside Avenue" were in fact the same plans for Defendant CRH's house located at 2808 New York Avenue, Baltimore, Maryland 21227 (the New York Avenue plans). Defendant CRH had requested that the New York Avenue plans be made "Permanent Plans" which could be used for future houses embodying the same plans without the necessity of having the proposed plans further reviewed and approved.

(33)     Defendant CRH's house located at 2808 New York Avenue, Baltimore, Maryland 21227 is approximately eight (8) blocks from Plaintiff's original Pacesetter Homes Charlotte

MR3153-7

Model, at 4112 Baltimore St., Baltimore, Maryland, 21227. A map showing the proximity of the two homes is attached as Exhibit J, showing the homes are within approximately 0.7 miles of each other.

(34)     In the plans for both 2808 New York Avenue and 1827 Woodside Avenue, Defendant GBL copied the Architectural Plans of Plaintiff's Pacesetter Homes Charlotte Model, for a house to be built by Defendant CRH, by substantially reproducing the Architectural Plans of Plaintiff's Pacesetter Homes Charlotte Model (Exhibit C), which is protected by Plaintiff's Copyright Registration.

(35)     Defendant GBL even used in its copied design (Exhibit H) almost an exact plan and arrangement of the interior second floor Bathroom area, Linen Closet area, and HVAC area shown in the Plaintiff's original listing of the Pacesetter Homes Charlotte Model (Exhibit C).

(36)     Defendant GBL also used in its copied design (Exhibit H) almost the entire second floor Spatial Plan of Plaintiff's original listing of the Pacesetter Homes Charlotte Model (Exhibit C).

(37)     Defendant GBL also used in its copied design (Exhibit H) the entire first floor Spatial Plan of Plaintiff's original listing of the Pacesetter Homes Charlotte Model (Exhibit C), including the powder room layout and configuration of the appliance placements.

(38)     Defendant GBL also used in its copied design (Exhibit H) the exact layout and placement of kitchen appliances in the kitchen as presented in Plaintiff's original listing of the Pacesetter Homes Charlotte Model (Exhibit C).

(39)     On information and belief, Defendant GBL sold or otherwise received compensation from Defendant CRH for providing Defendant CRH with Plaintiff's copied Architectural Plans which are protected by Plaintiff's Copyright Registration (Exhibit A).

MR3153-7

(40)     Defendant CRH, either alone or in cooperation with Defendant GBL, submitted copied Architectural Plans obtained from Defendant GBL to the public offices of Baltimore County Building Plans Review for approval of construction at 2808 New York Avenue, presenting such copied Architectural Plans as its own.

(41)     Defendant CRH, either alone or in cooperation with Defendant GARCEAU, caused the listing of the planned house at 2808 New York Avenue, Baltimore, Maryland 21227 (Exhibit D) on a Multiple Listing Website, depicting Plaintiff's Architectural Plans as shown in Plaintiff's original listing (Exhibit C). This was unknown to, and unauthorized by, the Plaintiff.

(42)     Defendant CRH, either alone or in cooperation with GARCEAU, presented interior photographs in the "2808 New York Avenue" listing (Exhibit D), which were not of any house at that location, but exact copies of Plaintiff's listed photographs (Exhibit C). This was unknown to, and unauthorized by, the Plaintiff.

(43)     Defendant CRH submitted copied Architectural Plans obtained from Defendant GBL to the public offices of Baltimore County Building Plans Review for approval of construction at 2808 New York Avenue, presenting such copied Architectural Plans as its own.

(44)     Defendant CRH, either alone or in cooperation with Defendant GARCEAU, caused the listing of the planned house at 5415 W. North Avenue, Baltimore, Maryland 21207 (Exhibit E) on a Multiple Listing Website, depicting Plaintiff's Architectural Plans as shown in Plaintiff's original listing (Exhibit C). This was unknown to, and unauthorized by, the Plaintiff.

(45)     Defendant CRH, either alone or in cooperation with GARCEAU, presented interior photographs in the "5415 W. North Avenue" listing (Exhibit E), which were not of any house at that location, but exact copies of Plaintiff's listed photographs (Exhibit C). This was unknown to, and unauthorized by, the Plaintiff.

(46)     Defendant CRH, either alone or in cooperation with Defendant GARCEAU, caused the listing of the planned house at 5411 W. North Avenue, Baltimore, Maryland 21207 (Exhibit F) on a Multiple Listing Website, depicting Plaintiff's Architectural Plans as shown in Plaintiff's original listing (Exhibit C). This was unknown to, and unauthorized by, the Plaintiff.

(47)     Defendant CRH, either alone or in cooperation with GARCEAU, presented interior photographs in the "5411 W. North Avenue" listing (Exhibit F), which were not of any house at that location, but exact copies of Plaintiff's listed photographs (Exhibit C). This was unknown to, and unauthorized by, the Plaintiff.

(48)     Defendant CRH, either alone or in cooperation with Defendant GARCEAU, caused the listing of the planned house at 1827 Woodside Avenue, Lansdowne, Maryland 21227 (Exhibit I) on a Multiple Listing Website. The "1827 Woodside Avenue" listing depicted a house apparently being built at the present time by the Defendant CRH.

(49)     The construction at 1827 Woodside Avenue, Lansdowne, Maryland 21227 uses the same architectural plans as were presented to the public offices of Baltimore County Building Plans Review in the construction at 2808 New York Avenue, Baltimore, Maryland 21227, which are protected by Plaintiff's Copyright Registration (Exhibit A).

(50)     Defendant GARCEAU, either alone or in cooperation with Defendant CRH, caused the listing of the planned house at 2808 New York Avenue, Baltimore, Maryland 21227 (Exhibit D) on a Multiple Listing Website, depicting Plaintiff's Architectural Plans as shown in Plaintiff's original listing (Exhibit C). This was unknown to, and unauthorized by, the Plaintiff.

(51)     Defendant GARCEAU, either alone or in cooperation with Defendant CRH, caused the listing of the planned house at "5415 W. North Avenue" (Exhibit E) on a Multiple

MR3153-7

Listing Website, depicting Plaintiff's Architectural Plans as shown in Plaintiff's original listing (Exhibit C). This was unknown to, and unauthorized by, the Plaintiff.

(52)    Defendant GARCEAU, either alone or in cooperation with Defendant CRH, caused the listing of the planned house at "5411 W. North Avenue" (Exhibit F) on a Multiple Listing Website, depicting Plaintiff's Architectural Plans as shown in Plaintiff's original listing (Exhibit C). This was unknown to, and unauthorized by, the Plaintiff.

(53)    Defendant GARCEAU, either alone or in cooperation with Defendant CRH, caused the listing of the planned house at "1827 Woodside Avenue" (Exhibit I) on a Multiple Listing Website, depicting Plaintiff's Architectural Plans as shown in Plaintiff's original listing (Exhibit C). This was unknown to, and unauthorized by, the Plaintiff.


**Defendant GBL Copyright Infringement:**

(54)    Defendant GBL purportedly is a company that provides custom home design as indicated in the GBL Website www.gblhomedesign.com.

(55)    Defendant GBL had access to Plaintiff's Architectural Plans listed in Plaintiff's original listing of the Pacesetter Homes Charlotte Model (Exhibit C) on the Multiple Listing Website "MLS," which is accessible by, and used extensively by, Realty Companies and Companies associated with the Realty Industry.

(56)    Defendant GBL had further access to Plaintiff's Architectural Plans shown as Spatial Plans in Exhibit C by direct review of Plaintiff's Architectural Plans filed at the public offices of Baltimore County Building Plans Review.

(57)    Defendant GBL, acting alone or in cooperation with Defendant CRH, had the opportunity to obtain Plaintiff's Architectural Plans, because Architectural Plans are available at the public offices of Baltimore County Building Plans Review.

(58)    Defendant GBL, either acting alone or in cooperation with Defendant CRH, copied Plaintiff's Architectural Plans for the Pacesetter Homes Charlotte Model, which are protected by Plaintiff's Copyright Registration.

(59)    Defendant GBL, in cooperation with Defendant CRH, transferred the copied Plaintiff's Architectural Plans of the Pacesetter Homes Charlotte Model for monetary or some other type of compensation, for the sole benefit of Defendant GBL or for cooperative benefit of Defendant GBL and Defendant CRH.


**Defendant CRH Copyright Infringement:**

(60)    Defendant CRH secured Plaintiff's copied Architectural Plans for the Pacesetter Homes Charlotte Model from Defendant GBL for the purpose of building the house listed as "2808 New York Avenue" (Exhibit D).

(61)    Defendant CRH, either acting alone or in cooperation with Defendant GARCEAU, provided Spatial Plans directly derived from Plaintiff's Architectural Plans on the Multiple Listing Website "MLS" (Exhibit D), for the purpose of advertising or otherwise informing the Realty Industry of the Defendant CRH's intention of the construction of the "2808 New York Avenue" property.

(62)    Defendant CRH, in the "2808 New York Avenue" listing (Exhibit D) on the "MLS" Website, included unauthorized copies of photographs of the interior rooms of Plaintiff's

Pacesetter Homes Charlotte Model, as listed by Plaintiff in the listing of the Pacesetter Homes Charlotte Model (Exhibit C).

(63)    Defendant CRH, either acting alone or in cooperation with Defendant GARCEAU, provided Spatial Plans directly derived from Plaintiff's copied Architectural Plans on the Multiple Listing Website "MLS" (Exhibit E), for the purpose of advertising or otherwise informing the Realty Industry of the Defendant CRH's intention of the construction of the "5415 W. North Avenue" property.

(64)    Defendant CRH, in the "5415 W. North Avenue" listing (Exhibit E), included unauthorized copies of photographs of the interior rooms of Plaintiff's Pacesetter Homes Charlotte Model, as listed by Plaintiff in the listing of the Pacesetter Homes Charlotte Model (Exhibit C).

(65)    Defendant CRH, either acting alone or in cooperation with Defendant GARCEAU, provided Spatial Plans directly derived from Plaintiff's copied Architectural Plans on the Multiple Listing Website "MLS" (Exhibit F), for the purpose of advertising or otherwise informing the Realty Industry of the Defendant CRH's intention of the construction of the "5411 W. North Avenue" property.

(66)    Defendant CRH, in the "5411 W. North Avenue" listing (Exhibit F), included unauthorized copies of photographs of the interior rooms of Plaintiff's Pacesetter Homes Charlotte Model, as listed by Plaintiff in the listing of the Pacesetter Homes Charlotte Model (Exhibit C).

(67)    Defendant CRH applied to the public offices of Baltimore County Building Plans Review to have the architectural plans of the "2808 New York Avenue" property, which are

Plaintiff's copied Architectural Plans protected by Plaintiff's Copyright Registration, approved as "Permanent Plans."

(68)     On information and belief, Defendant CRH is presently constructing a house located at 1827 Woodside Avenue, Lansdowne, Maryland 21227, based upon the "Permanent Plans" which are Plaintiff's copied Architectural Plans protected by Plaintiff's Copyright Registration.

(69)     Defendant CRH listed a house under construction on the Multiple Listing Website "MLS" having the projected address of "1827 Woodside Avenue, Lansdowne, Maryland 21227," which uses Plaintiff's copied Architectural Plans of Plaintiff's Pacesetter Homes Charlotte Model (Exhibit C).

(70)     Defendant CRH had access to Plaintiff's Architectural Plans listed in Plaintiff's original listing of the Pacesetter Homes Charlotte Model (Exhibit C) on the Multiple Listing Website "MLS," which is accessible by, and used extensively by, Realty Companies and Companies associated with the Realty Industry.

(71)     Defendant CRH had further access to Plaintiff's Architectural Plans shown as Spatial Plans in Exhibit C by direct review of Plaintiff's Architectural Plans filed at the public offices of Baltimore County Building Plans Review.

(72)     Defendant CRH, acting alone or in cooperation with Defendant GBL, had the opportunity to obtain Plaintiff's Architectural Plans, because Architectural Plans are available at the public offices of Baltimore County Building Plans Review.

(73)     Defendant CRH had the opportunity to obtain Plaintiff's Architectural Plans of the Pacesetter Homes Charlotte Model as listed in Exhibit C through its business relationship with Defendant GBL.

(74)     Defendant CRH had the opportunity to use Plaintiff's Architectural Plans in the construction of the house at 2808 New York Avenue, Baltimore, Maryland 21227, since Plaintiff's original "MLS" listing address of the Pacesetter Charlotte Homes Model at 4112 Baltimore St., Baltimore, Maryland, 21227 (Exhibit C) is in close proximity thereto. As is shown in the schematic map Exhibit J, the two properties are located a scant 0.7 miles from each other.

**Defendant CRH Unfair Competition and Trade Practices:**

(75)     Plaintiff and Defendant CRH are direct competitors in the field of home design and construction both in the marketplace and online.

(76)     Plaintiff is a well-known and respected designer, as well as a builder of homes throughout the State of Maryland for over 30 years with a valued reputation of providing well-built custom homes to its buyers.

(77)     Defendant CRH has unfairly usurped Plaintiff's creativity in designing and constructing housings which Plaintiff has created through its own ingenuity and creativeness.

(78)     Defendant CRH has willfully used Plaintiff's Architectural Plans for opportunistically using another's Copyrighted work for its own benefit.

(79)     Defendant CRH was well aware of Plaintiff's creative Architectural Plans, as evidenced by the notice given to it by Plaintiff's Attorney, as shown in Exhibit G, and chose to ignore this notice.

(80)     Plaintiff has spent considerable time and resources to create and develop its own Architectural Plans.  Defendant CRH cut corners in listing, developing and building houses by usurping Plaintiff's Copyrighted Work and using Plaintiff's Architectural Drawings to unfairly compete against Plaintiff, all to the detriment of Plaintiff.

**Defendant GARCEAU Copyright Infringement:**

(81)     Defendant GARCEAU purportedly is a Realty company that provides Real Estate services as indicated on the GARCEAU Website www.garceaurealty.com.

(82)     Defendant GARCEAU, either acting alone or in cooperation with Defendant CRH, caused the listing of the "2808 New York Avenue" property on the Multiple Listing Website "MLS" (Exhibit D). This listing included Spatial Plans directly derived from Plaintiff's Architectural Plans, as shown in Plaintiff's original listing of the Pacesetter Homes Charlotte Model (Exhibit C), which is protected by Plaintiff's Copyright Registration.

(83)     Defendant GARCEAU, either acting alone or in cooperation with Defendant CRH, included on the "MLS" Website in conjunction with the "2808 New York Avenue" listing unauthorized copies of photographs of the interior rooms of Plaintiff's Pacesetter Homes Charlotte Model, as listed by Plaintiff in the listing of the Pacesetter Homes Charlotte Model (Exhibit C).

(84)     Defendant GARCEAU, either acting alone or in cooperation with Defendant CRH, caused the listing of the "5415 W. North Avenue" on the Multiple Listing Website "MLS" (Exhibit E). This listing included Spatial Plans directly derived from Plaintiff's Architectural Plans, as shown in Plaintiff's original listing of the Pacesetter Homes Charlotte Model (Exhibit C), which is protected by Plaintiff's Copyright Registration.

(85)     Defendant GARCEAU, either acting alone or in cooperation with Defendant CRH, included on the "MLS" Website in conjunction with the "5415 W. North Avenue" listing unauthorized copies of photographs of the interior rooms of Plaintiff's Pacesetter Homes

MR3153-7

Charlotte Model, as listed by Plaintiff in the listing of the Pacesetter Homes Charlotte Model (Exhibit C).

(86)   Defendant GARCEAU, either acting alone or in cooperation with Defendant CRH, caused the listing of the "5411 W. North Avenue" property on the Multiple Listing Website "MLS" (Exhibit F). This listing included Spatial Plans directly derived from Plaintiff's Architectural Plans, as shown in Plaintiff's original listing of the Pacesetter Homes Charlotte Model (Exhibit C), which is protected by Plaintiff's Copyright Registration.

(87)   Defendant GARCEAU, either acting alone or in cooperation with Defendant CRH, included on the "MLS" Website in conjunction with the "5411 W. North Avenue" listing unauthorized copies of photographs of the interior rooms of Plaintiff's Pacesetter Homes Charlotte Model, as listed by Plaintiff in the listing of the Pacesetter Homes Charlotte Model (Exhibit C).

(88)   Defendant GARCEAU, either acting alone or in cooperation with Defendant CRH, caused the listing of a house presently under construction at "1827 Woodside Avenue" property on the Multiple Listing Website "MLS" (Exhibit I), which is being constructed in accordance with Plaintiff's copied Architectural Plans protected by Plaintiff's Copyright Registration.

## COUNT I

### Federal Copyright Infringement (17 U.S.C. § 101 et seq.) Against Defendant GBL

(89)   Plaintiff repeats, re-alleges, and incorporates by reference, as though fully set forth herein, the allegations contained in all preceding paragraphs.

(90)    Plaintiff is the owner of all rights, title, and interest in and to the Architectural Plans for the Pacesetter Homes Charlotte Model.

(91)    Defendant GBL has copied and reproduced the Architectural Plans for the Pacesetter Homes Charlotte Model, and derivations thereof, without the consent, permission, or authority of Plaintiff, thereby directly infringing Plaintiff's copyrights in the Architectural Plans.

(92)    Defendant GBL has transferred its alleged "rights" in the Architectural Plans for the Pacesetter Homes Charlotte Model to other parties, without the consent, permission, or authority of Plaintiff, thereby directly infringing Plaintiff's copyrights in the Architectural Plans.

(93)    Defendant GBL's conduct constitutes infringement of Plaintiff's copyrights in the Architectural Plans and exclusive rights to the same under the Copyright Act in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

(94)    Each infringement of Plaintiff's rights in and to the Architectural Plans constitutes a separate and distinct act of infringement.

(95)    As a direct and proximate result of Defendant GBL's infringement of Plaintiff's copyrights and exclusive rights to the Architectural Plans, Plaintiff is entitled to its damages and Defendant GBL's profits pursuant to 17 U.S.C. § 504(b) in such amount as may be proven at trial. Plaintiff is also entitled to prejudgment interest on any damage award.

(96)    In the alternative to the actual damages and infringer profits sought above, Plaintiff is entitled to an award of statutory damages for all infringements of Plaintiff's Architectural Plans, as permitted by 17 U.S.C. § 504(c).

(97)    Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to preliminary and permanent injunctions prohibiting Defendant GBL from further infringement of its copyrights, including but not limited to the further use of infringing plans, creation or use of derivative plans, the creation

and distribution of non-pictorial representations of the plans or of the original or infringing structures, and construction, sale or rental of infringing structures.

(98)    Pursuant to 17 U.S.C. § 503, this Court should issue an order directing the United States Marshal's Service to (a) impound all copies of the Architectural Plans and any derivations thereof, in possession of Defendant GBL or their respective agents or contractors in violation of Plaintiff's exclusive rights, and (b) upon final hearing of this case, to destroy or otherwise dispose of those copies and derivations.

(99)    Pursuant to 17 U.S.C. § 505, Plaintiff is entitled to an award of attorney's fees and full costs incurred in this action.

## COUNT II

### Federal Copyright Infringement (17 U.S.C. § 101 et seq.) Against Defendant CRH

(100)   Plaintiff repeats, re-alleges, and incorporates by reference, as though fully set forth herein, the allegations contained in all preceding paragraphs.

(101)   Plaintiff is the owner of all rights, title, and interest in and to the Architectural Plans for the Pacesetter Homes Charlotte Model.

(102)   Defendant CRH has copied and reproduced the Architectural Plans for the Pacesetter Homes Charlotte Model, and derivations thereof, without the consent, permission, or authority of Plaintiff, thereby directly infringing Plaintiff's copyrights in the Architectural Plans.

(103)   Defendant CRH has constructed and sold, and continues to construct and sell or offer to sell, real property directly derived from the Architectural Plans for the Pacesetter Homes Charlotte Model, without the consent, permission, or authority of Plaintiff, thereby directly infringing Plaintiff's copyrights in the Architectural Plans.

MR3153-7

(104)   Defendant CRH's conduct constitutes infringement of Plaintiff's copyrights in the Architectural Plans and exclusive rights to the same under the Copyright Act in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

(105)   Each infringement of Plaintiff's rights in and to the Architectural Plans constitutes a separate and distinct act of infringement.

(106)   As a direct and proximate result of Defendant CRH's infringement of Plaintiff's copyrights and exclusive rights to the Architectural Plans, Plaintiff is entitled to its damages and Defendant CRH's profits pursuant to 17 U.S.C. § 504(b) in such amount as may be proven at trial. Plaintiff is also entitled to prejudgment interest on any damage award.

(107)   In the alternative to the actual damages and infringer profits sought above, Plaintiff is entitled to an award of statutory damages for all infringements of Plaintiff's Architectural Plans, as permitted by 17 U.S.C. § 504(c).

(108)   At least one act of infringement was conducted with willful knowledge of Plaintiff's copyrights in the Architectural Plans, and increased statutory damages are therefore appropriate under 17 U.S.C. § 504(c)(2).

(109)   Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to preliminary and permanent injunctions prohibiting Defendant CRH from further infringement of its copyrights, including but not limited to the further use of infringing plans, creation or use of derivative plans, the creation and distribution of non-pictorial representations of the plans or of the original or infringing structures, and construction, sale or rental of infringing structures.

(110)   Pursuant to 17 U.S.C. § 503, this Court should issue an order directing the United States Marshal's Service to (a) impound all copies of the Architectural Plans and any derivations thereof, in possession of Defendant CRH or their respective agents or contractors in violation of

MR3153-7

Plaintiff's exclusive rights, and (b) upon final hearing of this case, to destroy or otherwise dispose of those copies and derivations.

(111)   Pursuant to 17 U.S.C. § 505, Plaintiff is entitled to an award of attorney's fees and full costs incurred in this action.

## COUNT III

### Statutory Unfair and Deceptive Trade Practices (MD Comm L Code § 13-301 et seq.)

### Against Defendant CRH

(112)   Plaintiff repeats, re-alleges, and incorporates by reference, as though fully set forth herein, the allegations contained in all preceding paragraphs.

(113)   Defendant CRH has engaged and continues to engage in unfair and deceptive trade practices, including but not limited to making false written statements which represent Plaintiff's Architectural Plans as its own, in connection with sale and offers to sell consumer realty.

(114)   Plaintiff constructed four homes in the 21227 zip code over a four year period prior to the "2808 New York Avenue" construction. CRH alone or in cooperation with GARCEAU used the marketing success of Plaintiff in promoting its construction of homes in proximity to Plaintiff's Pacesetter Homes Charlotte Model.

(115)   Plaintiff has been injured by these practices, and is entitled to recover any losses therefrom pursuant to MD Comm L Code § 13-408.

## COUNT IV

### Unfair Competition Against Defendant CRH

(116)   Plaintiff repeats, re-alleges, and incorporates by reference, as though fully set forth herein, the allegations contained in all preceding paragraphs.

(117)   Defendant CRH has engaged and continues to engage in fraud, deceit, and trickery, including but not limited to falsely representing Plaintiff's Architectural Plans as its own, and thereby selling and offering to sell real property based upon such Architectural Plans when Defendant CRH has no legal rights therein.

(118)   Plaintiff's business has been damaged by this fraud, deceit, and trickery, inter alia through the loss of potential sales of real property, and is entitled to recover damages.


**COUNT V**

**Federal Copyright Infringement (17 U.S.C. § 101 etc.) Against Defendant GARCEAU**

(119)   Plaintiff repeats, re-alleges, and incorporates by reference, as though fully set forth herein, the allegations contained in all preceding paragraphs.

(120)   Plaintiff is the owner of all rights, title, and interest in and to the Architectural Plans for the Pacesetter Homes Charlotte Model.

(121)   Defendant GARCEAU has copied and reproduced the Architectural Plans for the Pacesetter Homes Charlotte Model, and derivations thereof, without the consent, permission, or authority of Plaintiff, thereby directly infringing Plaintiff's copyrights in the Architectural Plans.

(122)   Defendant GARCEAU has sold, and continues to sell or offer to sell, real property directly derived from the Architectural Plans for the Pacesetter Homes Charlotte Model, without the consent, permission, or authority of Plaintiff, thereby directly infringing Plaintiff's copyrights in the Architectural Plans.

MR3153-7

(123)   Defendant GARCEAU's conduct constitutes infringement of Plaintiff's copyrights in the Architectural Plans and exclusive rights to the same under the Copyright Act in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

(124)   Each infringement of Plaintiff's rights in and to the Architectural Plans constitutes a separate and distinct act of infringement.

(125)   As a direct and proximate result of Defendant GARCEAU's infringement of Plaintiff's copyrights and exclusive rights to the Architectural Plans, Plaintiff is entitled to its damages and Defendant GARCEAU's profits pursuant to 17 U.S.C. § 504(b) in such amount as may be proven at trial. Plaintiff is also entitled to prejudgment interest on any damage award.

(126)   In the alternative to the actual damages and infringer profits sought above, Plaintiff is entitled to an award of statutory damages for all infringements of Plaintiff's Architectural Plans, as permitted by 17 U.S.C. § 504(c).

(127)   Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to preliminary and permanent injunctions prohibiting Defendant GARCEAU from further infringement of its copyrights, including but not limited to the further use of infringing plans, creation or use of derivative plans, the creation and distribution of non-pictorial representations of the plans or of the original or infringing structures, and construction, sale or rental of infringing structures.

(128)   Pursuant to 17 U.S.C. § 503, this Court should issue an order directing the United States Marshal's Service to (a) impound all copies of the Architectural Plans and any derivations thereof, in possession of Defendant GARCEAU or their respective agents or contractors in violation of Plaintiff's exclusive rights, and (b) upon final hearing of this case, to destroy or otherwise dispose of those copies and derivations.

MR3153-7

(129)   Pursuant to 17 U.S.C. § 505, Plaintiff is entitled to an award of attorney's fees and full costs incurred in this action.

**COUNT VI**

**Statutory Unfair and Deceptive Trade Practices (MD Comm L Code § 13-301 et seq.)**

**Against Defendant GARCEAU**

(130)   Plaintiff repeats, re-alleges, and incorporates by reference, as though fully set forth herein, the allegations contained in all preceding paragraphs.

(131)   Defendant GARCEAU has engaged and continues to engage in unfair and deceptive trade practices, including but not limited to making false written statements which present Plaintiff's spatial plans in connection with sale and offers to sell consumer realty.

(132)   Plaintiff constructed four homes in the 21227 zip code over a four year period prior to the "2808 New York Avenue" construction. GARCEAU alone or in cooperation with CRH used the marketing success of Plaintiff in promoting construction of homes in proximity to Plaintiff's Pacesetter Homes Charlotte Model.

(133)   Plaintiff has been injured by these practices, and is entitled to recover any losses therefrom pursuant to MD Comm L Code § 13-408.

**COUNT VII**

**Unfair Competition Against Defendant GARCEAU**

(134)   Plaintiff repeats, re-alleges, and incorporates by reference, as though fully set forth herein, the allegations contained in all preceding paragraphs.

MR3153-7

(135)   Defendant GARCEAU has engaged and continues to engage in fraud, deceit, and trickery, including but not limited to falsely presenting Plaintiff's spatial plans, and Plaintiff's Architectural Plans for selling and offering to sell real property based upon such Architectural Plans when Defendant GARCEAU has no legal rights therein.

(136)   Plaintiff's business has been damaged by this fraud, deceit, and trickery, inter alia through the loss of potential sales of real property, and is entitled to recover damages.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: August 27, 2020             Respectfully submitted,

/s/ Morton J. Rosenberg
Morton J. Rosenberg (02867)
David I. Klein (022983)
Jun Y. Lee (22986)
Nicole B. Rackiewicz (18863)
Sumant Pathak (20056)
Rosenberg, Klein & Lee
3458 Ellicott Center Drive – Suite 101
Ellicott City, Maryland 21043
(410)  465-6678 (Telephone)
(410)  461-3067 (Facsimile)
rkl@rklpatlaw.com

Counsel for Plaintiff Pacesetter Homes, Inc.

# EXHIBIT

# A



**Copyright**
United States Copyright Office

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = pacesetter homes
Search Results: Displaying 2 of 15 entries



Labeled View

*Pacesetter Homes Charlotte Model.*

**Type of Work:** Visual Material
**Registration Number / Date:** VAu001386910 / 2020-01-28
**Application Title:** Pacesetter Homes Charlotte Model.
**Title:** Pacesetter Homes Charlotte Model.
**Description:** Electronic file (eService)
**Copyright Claimant:** Pacesetter Homes. Address: PO Box 841, Ellicott City, MD, 21041, United States.
**Date of Creation:** 2017
**Authorship on Application:** Pacesetter Homes, employer for hire; Domicile: United States; Citizenship: United States. Authorship: architectural work.
**Rights and Permissions:** William Watkins, Home Builders Network, (800) 823-4344, mail@hbnnet.com
**Copyright Note:** C.O. correspondence.

**Names:** Pacesetter Homes



| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

Help　Search　History　Titles　Start Over

EXHIBIT A

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Pacesetter Homes Charlotte Model

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Pacesetter Homes
  **Author Created:** architectural work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Eric Bers
PO Box 841, Ellicott City, MD, 21041, United States

## Rights and Permissions

**Organization Name:** Home Builders Network
**Name:** William Watkins
**Email:** mail@hbnnet.com
**Telephone:** (800)823-4344

## Certification

**Name:** Eric Bers
**Date:** January 28, 2020

Page 1 of 1

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-8491591522

## Mail Certificate

Pacesetter Homes
Eric Bers
PO Box 841
Ellicott City, MD 21041 United States

**Priority:**   Routine       **Application Date:**   January 28, 2020

## Correspondent

**Organization Name:**   Home Builders Network
**Name:**   William Watkins
**Email:**   bill@hbnnet.com
**Telephone:**   (800)823-4344
**Address:**   205 E. Ridgeville Blvd.
Suite C
Mt. Airy, MD 21771 United States



SHINGLES

LEFT SIDE ELEVATION
3/16"=1'-0"

RIGHT SIDE ELEVATION
3/16"=1'-0"

SHINGLES

HORIZ
SIDING

USE RIDGE VENTS OR LOUVERS

SHINGLES

REAR ELEVATION
3/16"=1'-0"

HORIZ
SIDING

USE RIDGE VENTS OR LOUVERS

SHINGLES

FRONT ELEVATION
3/16"=1'-0"

PACESETTER HOMES

8/3/17

ELEVATIONS

3 OF 7

PACESETTER HOMES

8/31/17

FOUNDATION PLAN

2 OF 7

FOUNDATION PLAN
1/4"=1'-0"



**SECOND FLOOR PLAN**
1/4"=1'-0"
900 S.F.

**FIRST FLOOR PLAN**
1/4"=1'-0"
900 S.F.

| PACESETTER HOMES | 1800 TOTAL S.F. | 1 OF 7 |
|---|---|---|
| 8/31/17 | REVISED 11/16/17 | |
| | CHARLOTTE | |
| | FLOOR PLANS | |



ROOF TRUSSES
@ 24" O.C.

VERIFY ROOF PITCH
WITH ELEVATIONS

235# ASPHALT SHINGLES
15# FELT
1/2" PLY WITH CLIPS
R-49 INSULATION

GUTTER & D.S. ON A 2 X 6 FASCIA
BOARD WITH VENTED SOFFIT

HORIZ. SIDING
1/2" SHEATHING
2 X 6 STUDS @ 16" O.C.
R-19 INSULATION
( WALL SECTION A-B)

2 X 12 FLOOR JOIST @ 16" O.C.

HORIZ. SIDING
1/2" SHEATHING
2 X 6 STUDS @ 16" O.C.
R-19 INSULATION
( WALL SECTION A-B)

2 X 12 FLOOR JOIST @ 16" O.C.

2 X 6 SILL PLATE ( P.T.) ANCH
WITH ANCH. STRAPS @ 6' O.C.

8" POURED WALL WITH 3/8"
PARGE & WATERPROOFING

GRADE

4" DRAIN TILE
IN & OUT

DETAIL
3/8" = 1'-0"

8'-1"

19 1/2"
HEEL

1/2" DRYWALL

SECOND FLOOR

5/8" PLY T & G
GLUED & NAILED

1/2" DRYWALL

FIRST FLOOR

5/8" PLY T & G
GLUED & NAILED

BASEMENT

R-10 CONTINUOUS

4" CONC.

6 X 6 #10 W.W.M. &
VAPOR BARRIER

4" GRAVEL

16" X 8"
CONC. FTG

7'-9 1/2"

8'-1"

PACESETTER HOMES

8/31/17

NOTES & DETAIL

4 OF 7



SECOND FLOOR WALL BRACING PLAN
1/4"=1'-0"

FIRST FLOOR WALL BRACING PLAN
1/4"=1'-0"

PACESETTER HOMES

8/31/17

CHARLOTTE

WALL BRACING PLANS   5 OF 7



PACESETTER HOMES

8/31/17

CHARLOTTE

WALL BRACING NOTES | 6 OF 7

# 2015 IECC CODE COMPLIANCE NOTES

**2015 IECC CODE COMPLIANCE**

**R301.1** Climate zone 4A

**R401.2** Compliance Method:
Mandatory and Prescriptive Provisions

**R402.1.1** Vapor Retarder:
Wall assemblies in the building thermal envelope shall comply with vapor retarder requirements of Section R702.7 of the International Residential Code, 2015 Edition.

**R402.1.2** Attic Insulation:Raised Heel Trusses
R-49

**R402.1.2** Wood Frame Wall:
R-20 or R-13 + R5 continuous insulation.

**R402.1.2** Basement Wall Insulation:
R-13/R-10 Foil Faced Continuous, uninterrupted Batts Full Height

**R402.1.2** Crawl Space Wall Insulation:
R-13/R-10 Foil faced Continuous Batts Full Height extending from floor above to finish grade level and then vertically or horizontally an additional 2'-0".

**R402.1.2** Floor Insulation over Unconditioned Space:
R-19 batt insulation.

**R402.1.2** Window U-Value/SHGC
.35 (U-Value)
.40 (SHGC)

**R402.2.10** Slab on Grade Floors Less Than 12" Below Grade:
R-10 Rigid Foam Board Under Slab Extending Either 2'-0" Horizontally or 2'-0" Vertically

**R402.2.4** Attic Access:
Attic access scuttle will be weatherstripped and insulated R-49

**R402.4** Building Thermal Envelope (air leakage):
Exterior walls and penetrations will be sealed per this section of the 2015 IECC with caulk, gaskets, weatherstripping or as air barrier of reliable material. Sealing methods between dissimilar materials shall allow sealing for differential expansion and contraction.

**R402.4.1.2** Building Thermal Envelope Tightness Test:
Building envelope shall be tested and verified as having an air leakage rate of not exceeding 3 air changes per hour. Testing shall be conducted in accordance with ASTM E 779 or ASTM E 1827 with (blower door) at a pressure of 0.2 inches w.g. (50 pascals). Testing shall be conducted by an approved third party. A written report of the results of the test shall be signed by the party conducting the test and provided to the building inspector.

**R402.4.2** Fireplaces: New wood burning fireplaces will have tight-fitting flue dampers or doors, and outdoor combustion air. Fireplace doors shall be listed and labeled in accordance with UL 127 (factory built fireplace) and UL 907 (masonry fireplace).

**R402.4.4** Rooms containing fuel-burning appliances where open combustion air ducts provide combustion air to open combustion fuel burning appliances, the appliances and combustion air shall be located outside the building thermal envelope or enclosed in a room isolated from inside the thermal envelope.
Exceptions: 1. Direct vent appliances with both intake and exhaust pipes installed continuous to the outside. 2. Fireplaces and stoves complying with Section R402.4.2 and Section R1006 of the IRC.

**++++** Recessed Lighting
**R402.4.5** Recessed luminaries installed in the building thermal envelope shall be sealed to limit air leakage.

**R403.1.1** Thermostat
All dwelling units will have at least one (1) programmable thermostat for each separate heating and cooling system per 2015 IECC Section 403.1.1.

**R403.1.2** Where a lifted pump system having supplementary electric resistance heat is used the thermostat shall prevent the supplementary heat from coming on when heat pump can meet heating load.

**R403.3.1** Mechanical Duct Insulation
Supply and Return Ducts in Attic R-8 minimum, R-6 when less than 3 inches. Supply and Return Ducts outside of conditioned spaces R-8 minimum.
All other ducts except those located completely inside the building thermal envelope R-6 minimum. Ducts located under concrete slabs must be R-6 minimum.

**R403.3.2** Duct Sealing
All ducts, air handlers, filter boxes will be sealed. Joints and seams will comply with section M1601.4.1 of the IRC.

A duct tightness test ("Duct Blaster" duct total leakage test) will be performed on all homes and shall be verified by either a post construction test or a rough-in test. Duct tightness test is not required if the air handler and all ducts are located within the conditioned space.

**R403.6** Mechanical Ventilation
Outdoor (intake-up and exhaust) air ducts to be provided with automatic or gravity damper that close when the ventilation system is not operating.

**R403.6.1** Whole-house mechanical ventilation system fan efficiency to comply with TABLE R403.6.1.

**R403.7** Equipment Sizing shall comply with R403.7.

**R404.1** Lighting Equipment
A minimum of 75% of all lamps (lights) must be high-efficacy lamps.

This contractor also responsible for generating Certificate of Compliance and affixing to electrical panel or within 6 feet of the electrical panel and be readily visible.

PACESETTER HOMES
8/31/17
NOTES

7/15









# EXHIBIT

# B

## Registration Processing Times

The Copyright Office's processing times vary based on a number of factors, including how difficult a claim is to review, whether an applicant submitted a physical deposit, whether the Copyright Office needs to correspond with an applicant, and the number of registration specialists available to review claims. For example, claims take longer to process when applicants submit online claims but do not submit physical deposits when necessary, or when applicants do not fully respond to an examiner's questions. The Office encourages applicants to refer to the Compendium of U.S. Copyright Office Practices and the Copyright Office's circulars prior to submitting applications to avoid unnecessary delays and correspondence.

Overall processing times usually are longer for claims submitted entirely by mail, so the Copyright Office encourages applying online.

The Office understands processing times are important and is working to improve them.

For questions, please contact the Public Information Office by phone at (202) 707-3000 or 1-877-476-0778 (toll-free), or online at **www.copyright.gov/help**. While the Public Information Office can provide information on pending claims, it can take the Copyright Office as long as the outer ranges set forth below to issue decisions on whether to register claims.

**The average processing time for all claims is 3.2 months**; for all claims 26 percent required correspondence and 74 percent did not require correspondence. Refer to the charts below for details on eService, Deposit Ticket, and Mail claims, with breakouts for claims with and without correspondence. Please note that the Office is not currently mailing certificates of registration due to the COVID-19 pandemic, but you can check our **public catalog** to see if your application has been approved. Click **here** for more information on COVID-19-related updates.

### eService Claims: online application with uploaded digital deposit  *(approximately 74 percent of all applications)*

**Claims that DO NOT require correspondence**  *(approximately 75 percent of all eService claims and 56 percent of all claims)*

**average 2.2 months**
(but claims can range from <1 month to 5 months)

**Claims WITH correspondence**  *(approximately 25 percent of all eService claims and 18 percent of all claims)*

**average 4.4 months**
(but claims can range from <1 month to 9 months)

### Deposit Ticket Claims: online application with mail-in physical deposit  *(approximately 23 percent of all applications)*

**Claims that DO NOT require correspondence**  *(approximately 75 percent of all Deposit Ticket claims and 18 percent of all claims)*

**average 3.4 months**
(but claims can range from <1 month to 9 months)

**Claims WITH correspondence**  *(approximately 25 percent of all Deposit Ticket claims and 6 percent of all claims)*

**average 7.0 months**
(but claims can range from <1 month to 15 months)

### Mail Claims: application by paper form submission  *(approximately 3 percent of all applications)*

**Claims that DO NOT require correspondence**  *(approximately 47 percent of all Mail claims and 1 percent of all claims)*

**average 8.3 months** (but claims can range from <1 month to 25 months)

**Claims WITH correspondence**  *(approximately 53 percent of all Mail claims and 1 percent of all claims)*

**average 8.7 months** (but claims can range from <1 month to 21 months)

\* Processing Times for cases closed October 1, 2019 – March 31, 2020



**Copyright**
United States Copyright Office

EXHIBIT B

# EXHIBIT

# C

## Agent Full

**4112 Baltimore St, Baltimore, MD 21227**  |  **Canceled**  |  **Residential**  |  **$312,000**





| | |  | | |
|---|---|---|---|---|
| MLS #: | 1004285623 | | Beds: | 3 |
| Tax ID #: | 04131302000860 | | Baths: | 2 / 1 |
| Ownership Interest: | Fee Simple | | Above Grade Fin SQFT: | 1,800 / Estimated |
| Structure Type: | Detached | | Price / Sq Ft: | 173.33 |
| Levels/Stories: | 3+ | | Year Built: | 2018 |
| Waterfront: | No | | New Construct: | Yes |
| Garage: | No | | Style: | Colonial |
| | | | Central Air: | Yes |
| | | | Basement: | Yes |

### Location

| | | | |
|---|---|---|---|
| County: | Baltimore, MD | Election District: | 13 |
| Legal Subdivision: | BALTIMORE HIGHLANDS | | |
| Subdiv / Neigh: | BALTIMORE HIGHLANDS | | |

### Taxes and Assessment

| | | |
|---|---|---|
| | Tax Assessed Value: | $66,700 / 2017 |
| | Land Assessed Value: | $66,700 |
| | Block/Lot: | 1 / 87 |

### Rooms

| | | Bed | Bath |
|---|---|---|---|
| Main | | | 1 Half |
| Upper 1 | | 3 | 2 Full |

### Building Info

| | | | |
|---|---|---|---|
| Builder Name: | PACESETTER HOMES, INC. | Construction Materials: | Vinyl Siding |
| Above Grade Fin SQFT: | 1,800 / Estimated | R-Factor Ext Walls: | R-38 |
| Total Fin SQFT: | 1,800 / Estimated | R-Factor Ceilings: | R-21 |
| Total SQFT: | 1,800 / Estimated | Roof: | Asphalt |
| Basement Type: | Full, Outside Entrance, Sump Pump | R-Factor Basement: | R-11 |

### Lot

| | | | |
|---|---|---|---|
| Lot Acres / SQFT: | 0.2a / 8,712sf | Lot Features: | Corner |

### Green Features

| | |
|---|---|
| Energy Efficient: | HVAC |

### Interior Features

| | |
|---|---|
| Interior Features: | Attic, Breakfast Area, Dining Area, Family Room Off Kitchen, Kitchen - Gourmet, Master Bath(s), Upgraded Countertops, Wood Floors, No Fireplace, Dishwasher, Disposal, Microwave, Oven/Range-Electric, Refrigerator, Washer/Dryer Hookups Only, Water Heater, Accessibility Features: Other, Door Features: Sliding Glass, Window Features: Double Pane, Vinyl Clad |

### Parking

| | |
|---|---|
| Parking: | Off Street Parking |

### Utilities

| | |
|---|---|
| Utilities: | Central A/C, Cooling Fuel: Electric, Heating: Heat Pump(s), Heating Fuel: Electric, Hot Water: Electric, Water Source: Public, Sewer: Public Sewer |

### Remarks

EXHIBIT C

**Agent:** DELIVERY LATE August. EMAIL ALTERNATE AGENT FOR MORE INFORMATION.

**Public:** Gorgeous NEW HOME! On a spacious corner lot, feat. designer kitchen cabs w/ pantry, LED lighting, stainless appliances & real hardwood floors! Upstairs, find an owner's suite w/ huge walk-in closet & a luxurious tiled bathroom. Main-Level Laundry. Plenty of storage! Tons of space for outdoor enjoyment & sits across from 230 acres of parkland. Easily access 695, 295, 95, & L-Rail!

## Listing Office

| | | |
|---|---|---|
| Listing Agent: | Mr. Anthony J Corrao (147259) (Lic# Unknown) | (410) 336-0877 |
| Listing Agent Email: | acorrao@longandfoster.com | |
| Broker of Record: | Nick D'Ambrosia (18809) (Lic# 38712 - MD) | |
| Listing Office: | Long & Foster Real Estate, Inc. (LNG21) (Lic# Unknown) | |
| | 10805 Hickory Ridge Rd, Columbia, MD 21044-3625 | |
| | Suzi Padgett (4519) (Lic# Unknown) | |
| Office Manager: | | |
| Office Phone: | (410) 730-3456 | Office Fax: | (410) 730-7186 |
| Co-Listing Agent: | Alex Bounan (3058379) | (732) 715-4751 |
| Co-Listing Agent Email: | alexbounan@lnf.com | |

## Directions

GPS 4112 Baltimore St. Located directly across from Balt. Highland Light-Rail & South West Area Park

## Compensation

| | | | |
|---|---|---|---|
| Buyer Agency Comp: | 2.5%% | Sub Agency Comp: | 2.5%% |
| | | Dual/Var Comm: | No |

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $309,900 | Previous List Price: | $311,999 |
| Vacation Rental: | No | Owner Name: | PACESETTER HOMES |
| Listing Agrmnt Type: | Exclusive Right | DOM / CDOM: | 300 / 347 |
| Prospects Excluded: | No | Listing Terms: | Builder Warranty |
| Dual Agency: | Yes | Original MLS Name: | MRIS |
| Sale Type: | Standard | Off Market Date: | 10/01/18 |
| Original MLS Number: | BC10116921 | Home Warranty: | Yes |
| Listing Term Begins: | 12/07/2017 | | |
| Listing Entry Date: | 12/07/2017 | | |
| List Agrmnt Cancel Dt: | 10/01/18 | | |
| Possession: | Settlement | | |
| Disclosures: | Agent has Financial Interest | | |

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2020. Created: 03/03/2020 07:56 PM

**Photo View**

**4112 Baltimore St, Baltimore, MD 21227**    **Canceled**     **$312,000**


Exterior (Front)


Exterior (Front)


Family Room


Family Room


Family Room


Family Room


Family Room


Dining Room


Kitchen


Kitchen


Kitchen


Kitchen


Half Bathroom


Bedroom (Master)


Bedroom (Master)



Bedroom (Master)   Bath (Master)   Bedroom (Master)

Bedroom #2   Bedroom #2   Hall Bath

Bedroom #2   Bedroom #2   Basement

Exterior (Front)   Exterior (Front)   Exterior (Front)

Exterior (Rear)   Interior (General)   Interior (General)

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2020. Created: 03/03/2020 07:56 PM

# EXHIBIT

# D

**2808 New York Ave, Baltimore, MD 21227**　　　　**Active**　　　　**Residential**　　　　**$320,000**





| | | | |
|---|---|---|---|
| MLS #: | MDBC452840 | Beds: | 3 |
| Tax ID #: | 04131316900051 | Baths: | 2 / 1 |
| Ownership Interest: | Fee Simple | Above Grade Fin SQFT: | 1,800 / Estimated |
| Structure Type: | Detached | Price / Sq Ft: | 177.78 |
| Levels/Stories: | 2 | Year Built: | 2019 |
| Waterfront: | No | New Construct: | Yes - Not Completed |
| Garage: | No | Style: | Colonial |
| | | Central Air: | Yes |
| | | Basement: | Yes |

## Location

| | | | |
|---|---|---|---|
| County: | Baltimore, MD | School District: | Baltimore County Public Schools |
| In City Limits: | No | Election District: | 13 |
| Legal Subdivision: | BALTIMORE HIGHLANDS | | |
| Subdiv / Neigh: | BALTIMORE HIGHLANDS - HALETHORPE | | |

## Taxes and Assessment

| | | | |
|---|---|---|---|
| Tax Annual Amt / Year: | $574 / 2018 | Tax Assessed Value: | $47,400 / 2018 |
| County Tax: | $574 / Annually | Land Assessed Value: | $47,400 |
| Clean Green Assess: | No | Special Assmt: | |
| Zoning: | DR5.5 | Land Use Code: | 010 |
| | | Block/Lot: | G / 8 |

## Rooms

| | | Bed | Bath |
|---|---|---|---|
| Main | | | 1 Half |
| Upper 1 | | 3 | 2 Full |

## Building Info

| | | | |
|---|---|---|---|
| Above Grade Fin SQFT: | 1,800 / Estimated | Construction Materials: | Block, CPVC/PVC, Vinyl Siding |
| Total Below Grade SQFT: | 900 / Estimated | Below Grade Unfin SQFT: | 900 / Estimated |
| Total Fin SQFT: | 1,800 / Estimated | Flooring Type: | Carpet, Ceramic Tile, Hardwood |
| Total SQFT: | 2,700 / Estimated | Roof: | Shingle |
| Basement Type: | Unfinished | | |

## Lot

| | |
|---|---|
| Lot Acres / SQFT: | 0.14a / 6,250sf / Estimated |

## Ground Rent

| | |
|---|---|
| Ground Rent Exists: | No |

## Interior Features

| | |
|---|---|
| Interior Features: | No Fireplace, Built-In Microwave, Dishwasher, Disposal, Oven/Range-Electric, Refrigerator, Stainless Steel Appliances, Washer/Dryer Hookups Only, Accessibility Features: None |

## Parking

| | |
|---|---|
| Parking: | Driveway Parking, Asphalt Driveway |

## Utilities

| | |
|---|---|
| Utilities: | Ceiling Fan(s), Central A/C, Cooling Fuel: Electric, Electric Service: 200+ Amp Service, Heating: Heat Pump(s), Heating Fuel: Electric, Hot Water: Electric, Water Source: Public, Sewer: Public |

EXHIBIT D

## Remarks

| | |
|---|---|
| Agent: | This s a Home to be built. The home is 30 x 30 and the drawings are in the photo. |
| Public: | 2 Story 3 Bedroom 2 1/2 bath colonial to be built. This home features an open floor plan on the first floor with hardwood floors throughout. Large kitchen with solid counters. 2nd floor features 3 bedrooms with carpet. Full hall bath with tub and the master bath features a stand up shower with ceramic tile. The basement is wide open and unfinished for your design. Builder has many years experience. |

## Listing Office

| | | |
|---|---|---|
| Listing Agent: | Shawn Little (3019654) (Lic# 0638246) | (443) 564-8385 |
| Listing Agent Email: | shawn@shawnlittleteam.com | |
| Broker of Record: | Georgeanna Garceau (29330) (Lic# Unknown) | |
| Listing Office: | Garceau Realty (GARC1) (Lic# Unknown) | |
| | 303 Main St S, Bel Air, MD 21014 | |
| Office Manager: | Kelly Sultan (3052316) (Lic# Unknown) | |
| Office Phone: | (410) 803-0714 | Office Fax: | (443) 640-1416 |

## Showing

| | | | |
|---|---|---|---|
| Appointment Phone: | (410) 803-0714 | - Schedule a showing | |
| Showing Contact: | Showing Contact 1 | Lock Box Type: | None |
| Contact Name: | Garceau Realty | | |
| Showing Requirements: | Call First - Showing Contact | | |
| Directions: | East on New York Avenue off of Annapolis Rd. Lot is to the right of 2806 New York Avenue. | | |

## Compensation

| | | | |
|---|---|---|---|
| Buyer Agency Comp: | 2.5% Of Base | Sub Agency Comp: | 2.5% Of Base |
| | | Dual/Var Comm: | No |

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $320,000 | Owner Name: | CRH Construction LLC |
| Vacation Rental: | No | DOM / CDOM: | 331 / 331 |
| Listing Agrmnt Type: | Exclusive Agency | Original MLS Name: | BRIGHT |
| Prospects Excluded: | No | Home Warranty: | Yes |
| Listing Service Type: | Full Service | | |
| Dual Agency: | Yes | | |
| Sale Type: | Standard | | |
| Listing Term Begins: | 04/08/2019 | | |
| Listing Entry Date: | 04/08/2019 | | |
| Possession: | Negotiable, Settlement | | |
| Federal Flood Zone: | No | | |

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2020. Created: 03/03/2020 07:08 PM

**2808 New York Ave, Baltimore, MD 21227**　　　　　　　**Active**　　　　　**$320,000**



Rendition of Home to be Built

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2020. Created: 03/03/2020 07:08 PM

# EXHIBIT

# E

**5415 W North Ave, Baltimore, MD 21207**          **Active**          **Residential**          **$305,000**

 

| | | | |
|---|---|---|---|
| MLS #: | MDBC483448 | Beds: | 3 |
| Tax ID #: | 04010112591521 | Baths: | 2 / 1 |
| Ownership Interest: | Fee Simple | Above Grade Fin SQFT: | Assessor |
| Structure Type: | Detached | Year Built: | 2020 |
| Levels/Stories: | 2 | New Construct: | Yes - Not Completed |
| Waterfront: | No | Style: | Colonial |
| Garage: | No | Central Air: | Yes |
| | | Basement: | Yes |

### Location

| | | | |
|---|---|---|---|
| County: | Baltimore, MD | School District: | Baltimore County Public Schools |
| In City Limits: | No | Election District: | 1 |
| Subdiv / Neigh: | WINDSOR TERRACE | | |

### Taxes and Assessment

| | | | |
|---|---|---|---|
| Tax Annual Amt / Year: | $569 / 2019 | Tax Assessed Value: | $47,000 / 2019 |
| County Tax: | $569 / Annually | Land Assessed Value: | $47,000 |
| Clean Green Assess: | No | Special Assmt: | |
| Zoning: | RESIDENTIAL | Historic: | No |
| | | Land Use Code: | 010 |
| | | Block/Lot: | 8 / 19 |

### Rooms

| | Bed | Bath |
|---|---|---|
| Main | | 1 Half |
| Upper 1 | 3 | 2 Full |

### Building Info

| | | | |
|---|---|---|---|
| Builder Name: | CRH Construction LLC | Construction Materials: | Block, CPVC/PVC, Vinyl Siding |
| Above Grade Fin SQFT: | Assessor | Flooring Type: | Carpet, Ceramic Tile, Hardwood |
| Basement Type: | Unfinished | Roof: | Shingle |

### Lot

| | | | |
|---|---|---|---|
| Lot Acres / SQFT: | 0.14a / 6,000sf / Estimated | Lot Size Dimensions: | 1.00 x |

### Interior Features

Interior Features: No Fireplace, Built-In Microwave, Dishwasher, Disposal, Oven/Range-Electric, Refrigerator, Stainless Steel Appliances, Washer/Dryer Hookups Only, Accessibility Features: None

### Parking

Parking: Driveway Parking, Asphalt Driveway

### Utilities

Utilities: Ceiling Fan(s), Central A/C, Cooling Fuel: Electric, Electric Service: 200+ Amp Service, Heating: Heat Pump(s), Heating Fuel: Electric, Hot Water: Electric, Water Source: Public, Sewer: Public Sewer

### Remarks

Agent: This s a Home to be built. The home is 30 x 30 and the drawings are in the photo.

Public: To Be Built 2 Story 3 Bedroom 2 1/2 bath colonial. This home features an open floor plan on the first floor with hardwood floors throughout. Large kitchen with solid counters. 2nd floor features 3 bedrooms with carpet. Full hall bath with tub and the master bath features a stand up shower with

EXHIBIT E

...certain vendors or recommend a vendor because of your or his many years experience.

## Listing Office

| | | |
|---|---|---|
| Listing Agent: | Shawn Little (3019654) (Lic# 638246) | (443) 564-8385 |
| Listing Agent Email: | shawn@shawnlittleteam.com | |
| Broker of Record: | Georgeanna Garceau (29330) (Lic# Unknown) | |
| Listing Office: | Garceau Realty (GARC1) (Lic# Unknown) | |
| | 303 Main St S, Bel Air, MD 21014 | |
| Office Manager: | Kelly Sultan (3052316) (Lic# Unknown) | |
| Office Phone: | (410) 803-0714 | Office Fax: (443) 640-1416 |

## Showing

| | | |
|---|---|---|
| Appointment Phone: | (443) 564-8385 | ☺ -Schedule a showing |
| Showing Contact: | Showing Contact 1 | |
| Contact Name: | Garceau Realty | Lock Box Type: None |
| Showing Requirements: | Drive By, No Sign on Property, Vacant | |
| Directions: | Oak Drive off of Windsor Mill to rt on North Ave. Home is to be built to the left of 5413 W North Ave | |

## Compensation

| | | |
|---|---|---|
| Buyer Agency Comp: | 2.5% Of Base | Sub Agency Comp: 2.5% Of Base |
| | | Dual/Var Comm: No |

## Listing Details

| | | |
|---|---|---|
| Original Price: | $305,000 | Owner Name: Jacqueline M Longley |
| Vacation Rental: | No | DOM / CDOM: 38 / 38 |
| Listing Agrmnt Type: | Exclusive Agency | Original MLS Name: BRIGHT |
| Prospects Excluded: | No | Home Warranty: Yes |
| Listing Service Type: | Full Service | |
| Dual Agency: | Yes | |
| Sale Type: | Standard | |
| Listing Term Begins: | 01/26/2020 | |
| Listing Entry Date: | 01/26/2020 | |
| Possession: | Negotiable, Settlement | |
| Federal Flood Zone: | No | |

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2020. Created: 03/03/2020 07:08 PM

Case 1:20-cv-02478-GLR Document 44-1 Filed 10/05/21 Page 56 of 76



Rendition of Home to be Built

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2020. Created: 03/03/2020 07:08 PM

# EXHIBIT

# F

**Agent Full**

| | | | |
|---|---|---|---|
| **5411 W North Ave, Baltimore, MD 21207** | **Active** | **Residential** | **$305,000** |



| | | | |
|---|---|---|---|
| MLS #: | MDBC483454 | Beds: | 3 |
| Tax ID #: | 04011800011657 | Baths: | 2 / 1 |
| Ownership Interest: | Fee Simple | Above Grade Fin SQFT: | Assessor |
| Structure Type: | Detached | Year Built: | 2020 |
| Levels/Stories: | 2 | New Construct: | Yes - Not Completed |
| Waterfront: | No | Style: | Colonial |
| Garage: | No | Central Air: | Yes |
| | | Basement: | Yes |

**Location**

| | | | |
|---|---|---|---|
| County: | Baltimore, MD | School District: | Baltimore County Public Schools |
| In City Limits: | No | Election District: | 1 |
| Legal Subdivision: | WINDSOR TERRACE | | |
| Subdiv / Neigh: | WINDSOR TERRACE | | |

**Taxes and Assessment**

| | | | |
|---|---|---|---|
| Tax Annual Amt / Year: | $569 / 2019 | Tax Assessed Value: | $47,000 / 2019 |
| County Tax: | $569 / Annually | Land Assessed Value: | $47,000 |
| Clean Green Assess: | No | Special Assmt: | |
| Zoning: | RESIDENTIAL | Land Use Code: | 010 |
| | | Block/Lot: | 8 / 26 |

**Rooms**

| | Bed | Bath |
|---|---|---|
| Main | | 1 Half |
| Upper 1 | 3 | 2 Full |

**Building Info**

| | | | |
|---|---|---|---|
| Builder Name: | CRH Construction LLC | Construction Materials: | Block, CPVC/PVC, Vinyl Siding |
| Above Grade Fin SQFT: | Assessor | Flooring Type: | Carpet, Ceramic Tile, Hardwood |
| Basement Type: | Unfinished | Roof: | Shingle |

**Lot**

| | | | |
|---|---|---|---|
| Lot Acres / SQFT: | 0.14a / 6,000sf / Estimated | Lot Size Dimensions: | 1.00 x |

**Interior Features**

| | |
|---|---|
| Interior Features: | No Fireplace, Built-In Microwave, Dishwasher, Disposal, Oven/Range-Electric, Refrigerator, Stainless Steel Appliances, Washer/Dryer Hookups Only, Accessibility Features: None |

**Parking**

| | |
|---|---|
| Parking: | Driveway Parking, Asphalt Driveway |

**Utilities**

| | |
|---|---|
| Utilities: | Ceiling Fan(s), Central A/C, Cooling Fuel: Electric, Electric Service: 200+ Amp Service, Heating: Heat Pump(s), Heating Fuel: Electric, Hot Water: Electric, Water Source: Public, Sewer: Public Sewer |

**Remarks**

| | |
|---|---|
| Agent: | This s a Home to be built. The home is 30 x 30 and the drawings are in the photo. |
| Public: | To Be Built 2 Story 3 Bedroom 2 1/2 bath colonial. This home features an open floor plan on the first floor with hardwood floors throughout. Large kitchen with solid counters. 2nd floor features 3 |

EXHIBIT F

ceramic tile. The basement is wide open and unfinished for your design. Builder has many years experience.

## Listing Office

| | | |
|---|---|---|
| Listing Agent: | Shawn Little (3019654) (Lic# 638246) | (443) 564-8385 |
| Listing Agent Email: | shawn@shawnlittleteam.com | |
| Broker of Record: | Georgeanna Garceau (29330) (Lic# Unknown) | |
| Listing Office: | Garceau Realty (GARC1) (Lic# Unknown) | |
| | 303 Main St S, Bel Air, MD 21014 | |
| Office Manager: | Kelly Sultan (3052316) (Lic# Unknown) | |
| Office Phone: | (410) 803-0714 | Office Fax: | (443) 640-1416 |

## Showing

| | | | |
|---|---|---|---|
| Appointment Phone: | (443) 564-8385 | | Schedule a showing |
| Showing Contact: | Showing Contact 1 | Lock Box Type: | None |
| Contact Name: | Garceau | | |
| Showing Requirements: | Call First - Showing Contact | | |
| Directions: | Oak Drive off of Windsor Mill to rt on North Ave. Home is to be built to the left of 5413 W North Ave | | |

## Compensation

| | | | |
|---|---|---|---|
| Buyer Agency Comp: | 2.5% Of Base | Sub Agency Comp: | 2.5% Of Base |
| | | Dual/Var Comm: | No |

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $305,000 | Owner Name: | Jacqueline M Longley |
| Vacation Rental: | No | DOM / CDOM: | 38 / 38 |
| Listing Agrmnt Type: | Exclusive Agency | Original MLS Name: | BRIGHT |
| Prospects Excluded: | No | Home Warranty: | Yes |
| Listing Service Type: | Full Service | | |
| Dual Agency: | Yes | | |
| Sale Type: | Standard | | |
| Listing Term Begins: | 01/26/2020 | | |
| Listing Entry Date: | 01/26/2020 | | |
| Possession: | Negotiable, Settlement | | |
| Federal Flood Zone: | No | | |

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2020. Created: 03/03/2020 07:08 PM

## Photo View

**5411 W North Ave, Baltimore, MD 21207**                    **Active**          **$305,000**



Rendition of Home to be Built

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2020. Created: 03/03/2020 07:08 PM

# EXHIBIT

# G



The Law Offices of
JAMES L. MAYER, P.A.

James L. Mayer
jmayer@jlmayerlaw.com

January 29, 2020

Teresa M. Cooney
Tmcooney@jlmayerlaw.com

Jennifer E. Borsoni
Jborsoni@jlmayerlaw.com

CRH Contracting, LLC
Charles R. Hoffman
695 Garden Court
Westminster, Maryland 21157

RE: Illegal Use of Plans-Eric Bers/The Palmetto Group

Dear Mr. Hoffman:

This office represents Eric Bers, the owner of intellectual property rights on house plans which he has used and implemented since 2017.  It has come to the attention of my client that you are presently listing and advertising a house for sale at 2808 New York Avenue, Baltimore, Maryland 21227 which is obviously being constructed using plans identical, or confusingly identical, to the plans my client has used and continues to use.

Since my client has intellectual property rights in the plans you are using and expects soon to have a federal copyright, demand is hereby made that you cease and desist from completing construction of the residence at 2808 New York Avenue unless and until you enter into a licensing agreement and pay my client a reasonable licensing fee for use of its plans.

Demand is also made that you promptly cease and desist from using my client's plans and destroy all copies of such plans and provide a certification under oath to my client that you have fully destroyed such plans.

If you fail to cease construction and to destroy all copies of such plans, my client will take action against you in federal court to enforce its intellectual property rights. As part of that action, my client will include a demand damages, including any profit you realized from pirating his plans, damages for false advertising, punitive damages and attorney's fees as allowed by law.

2500 Wallington Way, Suite 102, Marriottsville, Maryland 21104
Telephone: 410-442-1088        Facsimile 410-442-2088
Web: www.jlmayerlaw.com

EXHIBIT G

CRH Contracting, LLC
January 29, 2020
Page 2

If you do not acknowledge that you will cease construction, my client will conclude that you do not intend to stop infringing his intellectual property rights and will also seek an injunction to prevent you from completing the residence without paying a proper license fee.

If we do not hear you within 7 days of the date of this letter, we will be entitled to assume that you do not agree to acknowledge my client's rights and my client will proceed accordingly.

Very truly yours,

James L. Mayer

cc: Eric Bers

# EXHIBIT

# H



-1D FLOOR PLAN-

SCALE: 1/4"=1'-0"

1D FLOOR CEILING HEIGHT

EATHING, BRACED WALL LINES WITH CONTINUOUS
4TH IN ACCORDANCE WITH THIS SECTION. ALL
TERIOR WALLS ON THE SAME STORY SHALL BE

DESIGN INFO:

MARYLAND

CONTINUOUS SHEATHING

3D IRC WALL BRACING

8'-7"

8'-7"

30'-0"

6'-5"

HOFFMAN SPEC 2

SCALE: 1/4" = 1'-0"

DATE: 7/2019

SHEET NO.: 3



**GBL CUSTOM HOME DESIGN INC.**

PO BOX 237 FINKSBURG, MD 21048

PHONE 410-833-8320

EXHIBIT H







TYPICAL STAIR SECTION

FIRST FLOOR PLAN

THIS HOME TO BE FULLY SPRINKLED.

GENERAL NOTE:

PORCH

GREAT ROOM

KITCHEN

DINETTE

PORCH

SECOND FLOOR PLAN

WALL BRACING DESIGN INFO.

BEDROOM #2

MASTER SUITE

BEDROOM #3

BATH

BATH

HOFFMAN SPEC HOME

GBL CUSTOM HOME
DESIGN INC.
PO BOX 237 FINKSBURG, MD 21048
PHONE 410-833-8329

SCALE 1/4" = 1'-0"
DATE 7/2019
SHEET NO.

HOFFMAN SPEC 3

# EXHIBIT

# I

**Agent Full**

| 1827 Woodside Ave, Lansdowne, MD 21227 | Pending | Residential | $325,000 |
|---|---|---|---|



| | | | |
|---|---|---|---|
| MLS #: | MDBC490354 | Beds: | 3 |
| Tax ID #: | 04131313550461 | Baths: | 2 / 1 |
| Ownership Interest: | Fee Simple | Above Grade Fin SQFT: | 1,800 / Estimated |
| Structure Type: | Detached | Price / Sq Ft: | 180.56 |
| Levels/Stories: | 2 | Year Built: | 2020 |
| Waterfront: | No | New Construct: | Yes - Not Completed |
| Garage: | No | Style: | Colonial |
| | | Central Air: | Yes |
| | | Basement: | Yes |

### Location

| | | | |
|---|---|---|---|
| County: | Baltimore, MD | School District: | Baltimore County Public Schools |
| In City Limits: | No | High School: | Lansdowne High & Academy Of Finance |
| Legal Subdivision: | HALETHORPE | Middle/Junior School: | Arbutus |
| Subdiv / Neigh: | HALETHORPE/ARBUTUS | Elementary School: | Halethorpe |
| | | Election District: | 13 |

### Taxes and Assessment

| | | | |
|---|---|---|---|
| Tax Annual Amt / Year: | $615 / 2020 | Tax Assessed Value: | $50,800 / 2020 |
| County Tax: | $615 / Annually | Land Assessed Value: | $50,800 |
| Clean Green Assess: | No | Land Use Code: | 010 |
| Zoning: | RESIDENTIAL | Block/Lot: | 499 |

### Rooms

| | Bed | Bath |
|---|---|---|
| Main | | 1 Half |
| Upper 1 | 3 | 2 Full |

### Building Info

| | | | |
|---|---|---|---|
| Builder Name: | CRH Contracting LLC | Construction Materials: | Block, Brick, Vinyl Siding |
| Above Grade Fin SQFT: | 1,800 / Estimated | Below Grade Unfin SQFT: | 900 / Estimated |
| Total Below Grade SQFT: | 900 / Estimated | | |
| Total Fin SQFT: | 1,800 / Estimated | | |
| Total SQFT: | 2,700 / Estimated | | |
| Basement Type: | Interior Access, Unfinished, Walkout Stairs | | |

### Lot

| | | | |
|---|---|---|---|
| Lot Acres / SQFT: | 0.14a / 6,250sf / Estimated | Lot Size Dimensions: | 1.00 x |

### Parking

| | | | |
|---|---|---|---|
| Driveway - # of Spaces | 2 | Features: | Driveway |
| **Total Parking Spaces** | **2** | | |

EXHIBIT I

### Interior Features

| | |
|---|---|
| Interior Features: | Attic, Carpet, Combination Kitchen/Living, Dining Area, Family Room Off Kitchen, Floor Plan - Open, Floor Plan-Traditional, Kitchen - Gourmet, Kitchen - Island, Master Bath(s), Pantry, Recessed Lighting, Sprinkler System, Walk-in Closet(s), Wood Floors, No Fireplace, Built-In Microwave, Dishwasher, Disposal, Oven/Range - Gas, Refrigerator, Stainless Steel Appliances, |

## Utilities

| | |
|---|---|
| Utilities: | Central A/C, Energy Star Cooling System, Cooling Fuel: Electric, Heating: Forced Air, Programmable Thermostat, Heating Fuel: Natural Gas, Water Source: Public, Sewer: Public Sewer |

## Remarks

| | |
|---|---|
| Agent: | This is a Home to be built. The home is 30 x 30 and the drawings are in the photo. |
| Public: | This Home is Under Construction. All photos are of another home by the builder. This home features 3 Bedrooms 2.5 Baths. It has an open floor plan with hardwood floors and an open kitchen with stainless appliances. The home also has an option for a finished basement. This Builder includes many features that others charge extra for. The Builder has many years experience building homes in the area and is very flexible with customizations. |

## Listing Office

| | | |
|---|---|---|
| Listing Agent: | Shawn Little (3019654) (Lic# 638246) | (443) 564-8385 |
| Listing Agent Email: | shawn@shawnlittleteam.com | |
| Broker of Record: | Georgeanna Garceau (29330) | |
| Listing Office: | Garceau Realty (GARC1) | |
| | 303 Main St S, Bel Air, MD 21014 | |
| Office Manager: | Kelly Sultan (3052316) | |
| Office Phone: | (410) 803-0714 | Office Fax: | (443) 640-1416 |

## Showing

| | | |
|---|---|---|
| Appointment Phone: | (410) 803-0714 | -Schedule a showing |
| Showing Contact: | Showing Contact 1 | Lock Box Type: SentriLock |
| Contact Name: | Garceau Realty | |
| Showing Requirements: | Drive By | |
| Directions: | Woodside Avenue north of Washington Blvd. Home to be built, lot on right. | |

## Compensation

| | | | |
|---|---|---|---|
| Buyer Agency Comp: | 2.5% Of Gross | Sub Agency Comp: | 2.5% Of Gross |
| | | Dual/Var Comm: | No |

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $325,000 | Owner Name: | CRH Contracting LLC |
| Vacation Rental: | No | DOM / CDOM: | 46 / 46 |
| Listing Agrmnt Type: | Exclusive Agency | Original MLS Name: | BRIGHT |
| Prospects Excluded: | No | Off Market Date: | 05/15/20 |
| Listing Service Type: | Full Service | | |
| Dual Agency: | Yes | | |
| Sale Type: | Standard | | |
| Listing Term Begins: | 03/31/2020 | | |
| Listing Entry Date: | 03/31/2020 | | |
| Possession: | Settlement | | |

## Sale/Lease Contract

| | | | |
|---|---|---|---|
| Selling Agent: | Kathy Mantione (26877) (Lic# 50925) | (443) 618-3832 | |
| Selling Agent Email: | kmantione@cbmove.com | | |
| Selling Office: | Coldwell Banker Residential Brokerage (CBRB29) | | |
| | Shawn Guzzo (3049188) | | |
| | 170 Jennifer Rd Ste 102, Annapolis, MD 21401-0000 | | |
| Office Phone: | (410) 224-2200 | Office Fax: | (410) 224-2258 |
| Agreement of Sale Dt: | 05/14/20 | Close Date: | 09/01/20 |
| | | Last List Price: | $325,000.00 |

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2020. Created: 08/24/2020 08:59 PM



Photo of Model at Different Location

    



# EXHIBIT

# J



EXHIBIT J