# Exhibit B

Open Folder: Inbox

QIS Webmail PLUS
Mail (18)
Organizing
Options
Log out

Inbox | New Message | Folders | Search | Fetch Mail | Mail | Options | Problem | Help | Log out

**Inbox: Fwd: Plans and photos for the 2 story home (2 of 916)**

Mark as: ▼   Move | Copy This message to ▼   Back to Inbox

Delete | Reply | Forward | Redirect | View Thread | Message Source | Save as | Print | Headers

**Date:** Mon, 24 Jun 2019 12:23:18 -0400 [12:23:18 PM EDT]
**From:** Rick Hoffman <rick6truck@gmail.com>
**To:** gblplans@qis.net
**Subject:** Fwd: Plans and photos for the 2 story home
**Part(s):** Download All Attachments (in .zip file)

Show this HTML in a new window?

Can you draw up this or very similar for a 30 x30 2 story.
   I have a variance hearing on the 16th of July for the lot I'd like to fit this house on.
     Rick.  Thanks bud!!

Sent from my iPhone

Begin forwarded message:

> **From:** Shawn Little <shawn@shawnlittleteam.com>
> **Date:** June 24, 2019 at 10:35:45 AM EDT
> **To:** Rick Hoffman <rick6truck@gmail.com>
> **Subject: Plans and photos for the 2 story home**

